**John K. CASTLE, Leonard M. Harlan, Donald C. Carter, Double S & M Partnership, Grace & Green Arbitrage Partners, Hudson Valley Partners, L.P., Dan W. Lufkin, MCI Two Investment Limited Partnership, Robert Marston, MCD Merger Arbitrage Fund, Ltd., L.T. Foster, Northern Trust Co., Trust # 2–67917 (Kate T. Foster Trust FBO), R.C. Foster, Northern Trust Co., Trust # 2–67918 (Kate T. Foster Trust FBO), J.R. Foster, Northern Trust Co., Trust # 2–67919 (Kate S. Thompson Trust FBO), Public Service Resources, Society Bank & Trust–Trustee, Zane Tankel Partners, Robert V. Dolan, M.D., Leo W. Kwan, M.D. Pension and Profit Sharing Trusts, Robert B. Lyons, Rob-**

**ert Margolis, Fosven Associates Partnership, Stanley E. Roberts, M.D., Sanwa Bank of California, Trustee, Yorba Linda Medical Group FBO Russell E. Ewing, Castle Harlan, Inc., and Cenwick Fund. Plaintiffs–Cross Appellants,**

**and**

**Federal Deposit Insurance Corporation, Plaintiff–Appellee,**

v.

**UNITED STATES, Defendant–Appellant.**

Nos. 01–5047, 01–5050.

United States Court of Appeals, Federal Circuit.

DECIDED: May 1, 2003.

## ORDER

A petition for rehearing en banc having been filed by the CROSS–APPELLANTS and a response thereto having been invited by the court and filed by the APPELLANT,* and the matter having first been referred as a petition for rehearing to the panel that heard the appeal, and thereafter the petition for rehearing en banc and response having been referred to the circuit judges who are in regular active service,

UPON CONSIDERATION THEREOF, it is

ORDERED that the petition for rehearing be, and the same hereby is, DENIED and it is further

ORDERED that the petition for rehearing en banc be, and the same hereby is, DENIED.

---

* A brief was filed by Amicus Curiae Plaintiffs Coordinating Committee, with leave.

The mandate of the court will issue on May 8, 2003.